# CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 7th day of January, 2011, he electronically filed the *Stipulation and Agreement of Compromise* filed in the Court of Chancery in the State of Delaware with the Clerk of Court using the CM/ECF system and sent notification to the below-listed counsel on the Service List *via* U.S. Mail.

By:    /s/ Patrick V. Dahlstrom   .

# SERVICE LIST

Stuart W. Gold
Peter T. Barbur
Karl C. Huth
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700

*Attorneys for Defendants Unilever NV, Unilever PLC, Conopco, Inc. and Ace Merger Inc.*

Walter Carlson
Richard B. Kapnick
Kevin Pecoraro
Courtney A. Rosen
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

*Attorneys for Alberto-Culver Company, and Leonard H. Lavin, Sam J. Susser, Carol Lavin Bernick, James R. Edgar, King W. Harris, James G. Brocksmith, Jr., Robert H. Rock, George L. Fotaides, Thomas A. Datillo, V. James Marino*