**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division**

David Jaroslawicz
                         Plaintiff,

v.                                                        Case No.: 1:10−cv−06815
                                                         Honorable Amy J. St. Eve

Leonard H Lavin, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 11, 2011:

      MINUTE entry before Honorable Amy J. St. Eve: Status hearing set for 2/7/11 is stricken and reset to 3/7/2011 at 08:30 AM.Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.