**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

David Jaroslawicz
                                     Plaintiff,

v.                                                            Case No.: 1:10–cv–06815
                                                                     Honorable Amy J. St. Eve

Leonard H Lavin, et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 25, 2011:

      MINUTE entry before Honorable Amy J. St. Eve: Pursuant to plaintiff's notice of voluntary dismissal, this case is hereby dismissed with prejudice as to all defendants. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.